7

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
ENTERED

FEB 0 2 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

Bracken

§
§
§
versus §         CIVIL ACTION 98-175
§
§
Brown Water Marine §

## Order Resetting Conference

The ~~pretrial~~ initial conference set __3-18-99__, has been reset to:

__3-10-99__,

at __11:15__ A.m.

Signed on __February 2__, 199~~8~~9, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

o.
updateddl.