10

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

MAR 18 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

Bracheen

versus

Brown Water Marine

CIVIL ACTION B- 98-175

## Scheduling Order

1. Trial: Estimated time to try: __3__ days.     ☐ Bench    ☑ Jury

2. New parties must be joined by: __April 30, 1999__

   *Furnish a copy of this scheduling order to new parties.*

3. The ~~plaintiff~~ PARTIES' experts will be named with a report furnished by: __June 30, 1999__

   PARTIES' REBUTTAL
4. ~~The defendant~~'s experts must be named with a report furnished : __July 15, 1999__
   ~~within 30 days of the deposition of the plaintiff's expert.~~

5. Discovery must be completed by: __September 30, 1999__

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.*
   *No continuance will be granted because of information acquired in post-deadline discovery.*

6. Motions will be filed by: __October 31, 1999__

*************************************************************************

7. Joint pretrial order is due: __11-17-99__

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on: __12-2-99__

   *The case will remain on standby until tried.*

Signed __March 17__, 199_9_, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge