11

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

JUL 27 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

Brackeen §
§
versus §       CIVIL ACTION B-98-175
§
Brown Water Marine Service, §
Inc. §

## Amended Scheduling Order

1. Trial: Estimated time to try: __3__ days.   ☐ Bench   ☑ Jury

2. New parties must be joined by: __04-30-99__

   Furnish a copy of this scheduling order to new parties.

3. The plaintiff's experts will be named with a report furnished by: __07-30-99__

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert. __08-16-99__

5. Discovery must be completed by: __10-29-99__

   Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.
   No continuance will be granted because of information acquired in post-deadline discovery.

6. Motions will be filed by: __10-31-99__

************************************************************************

7. Joint pretrial order is due: __11-17-99__

   The plaintiff is responsible for filing the pretrial order on time.

8. Docket Call and final pretrial conference is set for 1:30 p.m. on: __12-02-99__

   The case will remain on standby until tried.

9. Jury Selection: __9:00 A.M.__       __12-06-99__

Signed __July 26__, 199_9_, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge