United States District Court
Southern District of Texas
ENTERED

NOV 1 8 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

Bracheen

*versus*

Brown Water Marine

§
§
§
§
§

CIVIL ACTION 98-175

### Order Setting Hearing

1. A motion hearing will be held before Judge Hilda G. Tagle on:

   __11-29__, 1999

   at __4:00__ p.m.

   Courtroom, Third Floor
   United States Courthouse
   600 E. Harrison Street, #306
   Brownsville, Texas 78520.

2. Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

3. The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance. *See* Fed. R. Civ. P. 16.

Signed on __November 18th__, 1999, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge