UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS
                                              ENTERED

                                              DEC 0 1 1999
                                              Michael N. Milby, Clerk of Court
                                              By Deputy Clerk

Blackeen §
versus §
§      CIVIL ACTION B- 98-175
Brown Water Marine §
§

Amended Scheduling Order

1. Trial: Estimated time to try: _____ days.           ☐ Bench   ☐ Jury

2. New parties must be joined by:                      _____

   Furnish a copy of this scheduling order to new parties.

3. The plaintiff's experts will be named with a report furnished by: _____

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:                     _____

   Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.

6. Motions will be filed by:                           _____

*********************************************************************

7. Joint pretrial order is due:                        _____

   The plaintiff is responsible for filing the pretrial order on time.

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:  3-02-2000

   The case will remain on standby until tried.

9. Jury Selection: at 9:00 am                          3-06-2000

Signed November 29th, 1999, at Brownsville, Texas.

                                              Hilda Tagle
                                              Hilda G. Tagle
                                              United States District Judge