IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM BRACKEEN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-98-175 |
| | § | |
| BROWN WATER MARINE, | § | |
| SERVICES, INC. | § | |
| Defendant. | | |

## Final Order of Dismissal

1. The court, having been advised by counsel that a settlement has been reached, dismisses this case with prejudice.

2. This court retains jurisdiction to enforce the settlement. *Kokkonen v. Guardian Life Ins. Co. of America*, 114 S.Ct. 1673, 1677 (1994).

DONE at Brownsville, Texas, this 17th day of February 2000.

_____
Hilda G. Tagle
United States District Judge