```
            IN THE UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF TEXAS
                    BROWNSVILLE DIVISION
```

WILLIAM BRACKEEN § 
 § CIVIL ACTION
 §
VS. § NO. B-98-175
 §    Admiralty/Jury
 §
BROWN WATER MARINE SERVICE, §
INC. §

## ORDER OF DISMISSAL

Considering the above and foregoing Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled and numbered matter, having been compromised and settled, is hereby dismissed with prejudice. Each Party to bear their own costs.

Signed this ___8___ day of ___March___, 2000.

_____
U.S. District Judge

*United States District Court*
*Southern District of Texas*
*ENTERED*
*MAR 0 9 2000*
*Michael N. Milby, Clerk of Court*
*By Deputy Clerk _____*